People v. Bell. Appeal from Macomb, Alton H. Noe, J. Submitted Division 2 September 7, 1971, at Lansing. (Docket No. 11422.) Decided November 30, 1971. Leave to appeal denied, 387 Mich 760.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *George N. Parris*, Prosecuting Attorney, *Thaddeus F. Hamera*, Chief Appellate Lawyer, and *Stephen F. Osinski*, Assistant Prosecuting Attorney, for the people.

*John C. Huget*, for defendant on appeal.

Before: V. J. Brennan, P. J., and Fitzgerald and Levin, JJ.

Memorandum Opinion. Defendant appeals his conviction of larceny in a building. MCLA § 750.360 (Stat Ann 1954 Rev § 28.592). He challenges the sufficiency of the evidence and alleges error in the trial court's charge to the jury.

We have examined the transcript of the evidence and the jury instructions and are satisfied that there is sufficient evidence to support the jury's verdict and that there was no error in the charge.

Affirmed.